THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARL JOHNSON, Appellant.

Submitted February 9, 2009; decided April 7, 2009

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]). Motion for poor person relief dismissed as academic.

In the Matter of TAYSEER RAZIK et al., Appellants, v NEW YORK STATE DEPARTMENT OF STATE DIVISION OF LICENSING SERVICES, Respondent.

Submitted March 26, 2009; decided April 7, 2009

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

NICOLE PAIGE VERECZKEY, Respondent, v JAMSHID SHEIK et al., Defendants, HARBOR PLUMBING AND HEATING SUPPLY, LLC, et al., Respondents, and RHEEM MANUFACTURING COMPANY et al., Appellants. (And a Third-Party Action.)

Submitted February 2, 2009; decided April 7, 2009

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution.